| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TODD M FRIEDMAN<br>LAW OFFICES OF TODD M. FRIEDMAN P.C.<br>369 SOUTH DOHENY DRIVE STE 415<br>BEVERLY HILLS, CA 90211<br>Telephone No: 877-206-4741 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District California

*Plaintiff:* MICHAEL REED
*Defendant:* MEDICREDIT INC

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV09-05281 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint

3. a. Party served: MEDICREDIT INC
   b. Person served: KASHONDA LAWSON

4. Address where the party was served: 2730 GATEWAY OAKS DRIVE #100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 31, 2009 (2) at: 9:38AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MEDICREDIT INC
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. Valeriy Khrystov
   b. **Aggressive Legal Services, Inc.**
   3020 Explorer Drive, Suite 7, Registration # 03-07
   SACRAMENTO, CA 95827
   c. (916) 362-3553, FAX 916-455-3200

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $35.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2009-28
      (iii) County: Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Aug. 03, 2009

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons & Complaint

(Valeriy Khrystov)

friedman.18911